479 A.2d 1102

Commonwealth v. Morris, Appellant.

Submitted March 26, 1984. John A. Halley, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

Order affirmed.

479 A.2d 1102

Commonwealth v. Neely, Appellant.

Submitted March 27, 1984. Leonard J. Gajewski, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

The order of the learned Berks County Common Pleas Court Judge Forrest G. Schaeffer is affirmed.